1  MELINDA L. HAAG, CSBN 132612
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   ELIZABETH FIRER, SBN WI 1034148
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8937
       Facsimile: (415) 744-0134
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11  CARLTON JEFFRIES,           )
                                )   CIVIL NO. C10-04397 EMC
12        Plaintiff,            )
                                )
13        v.                    )   STIPULATION AND ORDER FOR
                                )   EXTENSION
14  MICHAEL J. ASTRUE,          )
    Acting Commissioner of      )
15  Social Security,            )
                                )
16        Defendant.            )
                                )
17  _____ )

18        IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval

19  of the Court, that the Commissioner have an extension of time up to and including April 22, 2011, in which

20  to file a response to Plaintiff's Motion for Summary Judgment. The extension is necessary because the

21  Special Assistant United States Attorney for the Commissioner will be out of the office on medical leave

22  from March 18 until April 4, 2011 and upon her return, she has two Ninth Circuit oral arguments to prepare

23  for. In the weeks prior to this absence, counsel has had to complete two Ninth Circuit briefs and four district

24  court

25  ///

26  ///

27  ///

28  ///

briefs, two of which had already been extended. Given this workload, counsel was unable to complete the Commissioner's brief in this case by the original, March 14, 2011 due date.

Dated:  March 14, 2011         /s/ *Tony Arjo*
                                      (*As authorized via email*)
                                      TONY ARJO
                                      Attorney for Plaintiff

                                      MELINDA L. HAAG
                                      United States Attorney

Dated:  March 14, 2011         By: /s/ *Elizabeth Firer*
                                      ELIZABETH FIRER
                                      Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Commissioner of Social Security shall have up to and including April 22, 2011, to respond to Plaintiff's Motion for Summary Judgment.

Dated:  3/16/11

IT IS SO ORDERED

Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA